**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Ex rels*. Michael J. Fisher and Michael Fisher Individually, and Brian Bullock, and Brian Bullock Individually,<br><br>Plaintiffs,<br><br>v.<br><br>HOMEWARD RESIDENTIAL, INC. f/k/a AMERICAN HOME MORTGAGE SERVICING, INC. and OCWEN FINANCIAL CORPORATION,<br><br>Defendants. | Civil Action No. 4:12-CV-461<br><br>JUDGE AMOS L. MAZZANT |

**STATUS REPORT**

Plaintiff the United States of America, by and through undersigned counsel, respectfully submits, pursuant this Court's June 19, 2017 Order, the foregoing Status Report regarding the resolution of the Relators' share.

Counsel for the United States is working expeditiously to obtain necessary authority to approve the proposed Relators' share in this matter. Counsel expects final review of the proposal this week, and will alert the Court and the parties as soon as possible to the resolution of this issue.

Dated: June 26, 2017

                                                              Respectfully submitted,

                                                              CHAD A. READLER
                                                              Acting Assistant Attorney General Civil
                                                              Division

                                                              BRIT FEATHERSTON
                                                              United States Attorney

/s/ James Gillingham
JAMES GILLINGHAM
Assistant U.S. Attorney
Lead Attorney
Eastern District of Texas
110 N. College Street
Suite 700
Tyler, Texas 75702
E-mail: James.Gillingham@usdoj.gov
(903) 590-1400
(903) 590-1436
Texas State Bar # 24065295

/s/ John Black
MICHAEL D. GRANSTON
SARA MCLEAN
JOHN W. BLACK
Attorneys, Civil Division,
Commercial Litigation Branch
Post Office Box 261
U.S. Department of Justice
Washington D.C. 20044

ATTORNEYS FOR THE
UNITED STATES OF AMERICA

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 26th day of June 2017, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

                */s/ James Gillingham*
                JAMES GILLINGHAM